FILED
08 JAN 31 AM 11: 15
CLERK US [DISTRICT COURT]
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury    08 CR 0266 JAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
| Plaintiff, | ) I N D I C T M E N T |
| v. | ) Title 8, U.S.C., |
| | ) Sec. 1324(a)(2)(B)(ii) - |
| MARIA TERESA POWELL | ) Bringing in Illegal Aliens for |
| SALINAS-SANCHEZ, | ) Financial Gain; Title 18, U.S.C., |
| | ) Sec. 2 - Aiding and Abetting; |
| Defendant. | ) Title 8, U.S.C., |
| | ) Sec. 1324(a)(2)(B)(iii) - Bringing |
| | ) in Illegal Aliens Without |
| | ) Presentation |

The grand jury charges:

Count 1

On or about January 15, 2008, within the Southern District of California, defendant MARIA TERESA POWELL SALINAS-SANCHEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Marco Antonio Gonzalez-Martinez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

JDM:fer:San Diego
1/31/08

Count 2

On or about January 15, 2008, within the Southern District of California, defendant MARIA TERESA POWELL SALINAS-SANCHEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Marco Antonio Gonzalez-Martinez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

DATED: January 31, 2008.

A TRUE BILL:

_____
Foreperson, Deputy

KAREN P. HEWITT
United States Attorney

By: _____
JEFFREY D. MOORE
Assistant U.S. Attorney