AO 442

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Maria Teresa Powell Salinas-Sanchez

## WARRANT FOR ARREST

CASE NUMBER:   08cr266-JAH

To:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Maria Teresa Powell Salinas-Sanchez

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Pretrial Violation

charging him or her with (brief description of offense)

8:1324 (a)(2)(B)(ii); 18:2; and 8:1324(a)(2)(B)(iii)

RECEIVED 2008 JAN 31 A 4:06 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title   See Above   United States Code, Section(s)

W. Samuel Hamrick, Jr.
Name of Issuing Officer

Signature of Deputy

Clerk of the Court
Title of Issuing Officer

1/31/2008 San Diego, CA
Date and Location

Bail fixed at $   No Bail   by   The Honorable Barbara L. Major

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | DATE 1/31/08 ARRESTED BY C. Rio CBP | Enforcement Ofcr |

STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY Edna Rogers

CLASS II J   0303

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Maria Teresa Powell Salinas-Sanchez

## WARRANT FOR ARREST

CASE NUMBER: 08cr266-JAH

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     Maria Teresa Powell Salinas-Sanchez
                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition
[ ] Pretrial Violation

charging him or her with (brief description of offense)

8:1324 (a)(2)(B)(ii); 18:2; and 8:1324(a)(2)(B)(iii)

I hereby attest and certify on 1/31/08
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By_____Deputy

In violation of Title     See Above     United States Code, Section(s) _____

W. Samuel Hamrick, Jr.                        Clerk of the Court
Name of Issuing Officer                       Title of Issuing Officer

J. PARIS                                      1/31/2008 San Diego, CA
Signature of Deputy                           Date and Location

Bail fixed at $     No Bail     by     The Honorable Barbara L. Major
                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 880 Front Street San Diego, CA 92101 |

| DATE RECEIVED 01/31/08 | NAME AND TITLE OF ARRESTING OFFICER Claudia Rios Customs and Border Protection Enforcement Officer | SIGNATURE OF ARRESTING OFFICER Claudia Rios |
|---|---|---|
| DATE OF ARREST 01/31/08 | | |