1  NED LYNCH--CA ST. BAR NO. 149680
   Attorney At Law
2  110 West C Street, Suite 1407
   San Diego, CA 92101
3  Telephone: 619-525-0081

4  Attorney for the Material Witness(es)

5
6
7

8                    **United States District Court**

9                    **Southern District of California**

10                        (Hon. Ruben B. Brooks)

11 | UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0266JAH(RBB) |

12 | Plaintiff, | ) | **AMENDED** |
                                   **Notice Of Motion And Motion To Take**
13 | v. | ) | **The Videotape Deposition Of A Material**
                                   **Witness And Thereafter Release Him**
14 | MARIA TERESA POWELL-SALINAS- | ) | **From Custody** |
   SANCHEZ,
15 |  | ) | Date: February 26, 2008
   Defendant(s).                       Time: 9:00 a.m.
16 |  | ) | Judge: Ruben B. Brooks
                                        Room: B
17
18
19                        **Amended Notice Of Hearing**

20     On February 26, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, material

21 witness Marco Antonio Gonzalez-Martinez [the "Material Witness"] by and through his counsel,

22 Attorney Ned Lynch, will bring a motion for a court order to conduct videotaped deposition of the

23 Material Witness. This motion will be heard by Hon. Ruben B. Brooks in Courtroom B of the U.S.

24 District Court for the Southern District of California.

25     **The previous notice for this motion erroneously stated the motion hearing was**

26 **scheduled for February 19, 2008. The correct date is February 26, 2008.**

27
28

                                    1

**Motion**

The Material Witness, by and through his counsel, Ned Lynch, and pursuant to Federal Rules of Criminal Procedure 15 and 18 U.S.C. § 3144, move this court for an order to take his deposition by videotape and thereafter release him from custody at the conclusion of the deposition for his return to his home country.

This motion is based upon this notice, the memorandum of points and authorities filed in support of this motion, the declaration of Attorney Ned Lynch, the files and records in the cases noted above, and any and all other evidence and arguments that may be brought to the court's attention prior to or during the hearing on this motion.

Dated: February 13, 2008        s/Ned Lynch
                                Ned Lynch, Attorney for the Material Witnesses
                                E-mail: nedlynch@aol.com