1  NED LYNCH--CA ST. BAR NO. 149680
   Attorney At Law
2  110 West C Street, Suite 1407
   San Diego, CA 92101
3  Telephone: 619-525-0081

4  Attorney for the Material Witness(es)

**United States District Court**
**Southern District of California**
(Hon. Ruben B. Brooks)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR0266JAH(RBB) |
| Plaintiff, | **Certificate of Service by ECF** |
| v. | |
| MARIA TERESA POWELL-SALINAS-SANCHEZ, | |
| Defendants. | |

I, Ned Lynch, declare that at the time of the service of the document(s) noted below, I was at least 18 years of age and not a party to the lawsuit noted above. My business address is 110 West C Street, Suite 1407, San Diego, CA 92101. On February 13, 2008 I served the document(s) noted below by ECF to the person(s) at the e-mail addressed listed by the ECF system for the Southern District of California.

**Document(s) Served**

1. Amended Notice of Motion and Motion to Take the Videotaped Deposition of Material Witness and Thereafter Release Him From Custody

**Served On**

AUSA Christina McCall        Attorney Jan Bejar
Office of the U.S. Attorney   (served via ECF)
(served via ECF)

I declare under penalty of perjury under the laws of the United States that the above is true and accurate.

Dated: February 13, 2008                s/Ned Lynch
                                        Ned Lynch

1