Jan Joseph Bejar, Esq.
Law Offices of
JAN JOSEPH BEJAR,
A Professional Law Corporation
California Bar No. 110192
2727 Camino del Rio South, Suite 110
San Diego, California 92108
Telephone: (619) 291-1112

Attorney for Mrs. Powell-Salinas-Sanchez

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 08-CR-266-JAH(RBB) |
| Plaintiff, ) | **Certificate of Service by ECF** |
| v. ) | |
| MARIA TERESA POWELL ) SALINAS-SANCHEZ, ) | |
| Defendant. ) | |

I, Jan J. Bejar, declare that at the time of the service of the document(s) noted below, I was at least 18 years of age and not a party to the lawsuit noted above. My business address is 2727 Camino del Rio South, Suite 110, San Diego, CA 92108. On February 14, 2008 I served the document(s) noted below by ECF to the person(s) at the e-mail addresses listed by the ECF system for the Southern District of California.

**Document(s) Served**

Notice of Motions and Motions to Compel Discovery, Suppress Statements and for Leave to File Further Motions and Memorandum of Points and Authorities and in Support of Defendant's Motions.

**Served On**

| | |
|---|---|
| Christina McCall | Ned Lynch |
| Assistant United States Attorney | Material Witness Attorney |
| (served via ECF) | (served via ECF) |

I declare under penalty of perjury under the laws of the United States that the above is true and accurate.

Dated: February 14, 2008          /s/ Jan Joseph Bejar, Esq.