1  NED LYNCH--Cal. St. Bar No. 149680
   Attorney at Law
2  110 West C Street, Suite 1407
   San Diego, CA 92101
3  Telephone: 619-525-0081

4  Attorney for the Material Witness(es)

5

6

7

8                    **United States District Court**

9                   **Southern District of California**

10                      (Hon. John A. Houston)

11  UNITED STATES OF AMERICA,              )   Criminal Case No. 08CR0266JAH
                                           )
12         Plaintiff,                      )   **Stipulation And Joint Motion**
                                           )   **For The Release Of A Material Witness**
13         v.                              )
                                           )
14  MARIA TERESA POWELL-SALINAS-           )
    SANCHEZ,                               )
15                                         )
           Defendant.                      )
16  _____ )

17

18

19                        **Stipulation**

20         Marco Antonio Gonzalez-Martinez aka Marco Antonio Morales-Mendoza is being detained

21  as a material witness pursuant to 18 USC § 3144, and the parties agree the testimony of that witness

22  has been adequately secured by a videotaped deposition, that further detention of this witness is

23  unnecessary, and that it would not cause a failure of justice to release this material witness at this

24  time.

25                        **Joint Motion**

26         Plaintiff United States of America, through its counsel, United States Attorney Karen P.

27  Hewitt and Assistant United States Attorney Nicole Jones, and defendant Maria Teresa Powell-

28  Salinas-Sanchez through her counsel, attorney Jan Joseph Bejar, and material witness Marco Antonio

1    Gonzalez-Martinez aka Marco Antonio Morales-Mendoza through his counsel, attorney Ned Lynch,

2    jointly move the court to immediately release material witness Marco Antonio Gonzalez-Martinez

3    aka Marco Antonio Morales-Mendoza from custody of the United States Marshal so he may be

4    permitted to return to his home country.

5

6    Dated: March 5, 2008                          s/Ned Lynch_____
                                                    Ned Lynch, Attorney for the Material Witnesses
7                                                   E-mail: nedlynch@aol.com

8

9    Dated: March 5, 2008                          s/Nicole Jones_____
                                                    Nicole Jones, Assistant U.S. Attorney
10                                                  E-mail: efile.dkt.gc1@usdoj.gov

11

12   Dated: March 5, 2008                          s/Jan Joseph Bejar_____
                                                    Jan Joseph Bejar, attorney for
13                                                  Defendant Maria Teresa Powell-Salinas-Sanchez
                                                    E-mail: jbejar@immigrationlawclinic.com
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Joint Motion to Release a Material Witness
     U.S. v. Maria Teresa Powell-Salinas-Sanchez, Crim. Case No. 08CR0266JAH                    Page 2 of  2