# United States District Court

## Southern District of California

(Hon. John A. Houston)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR0266JAH |
| Plaintiff, | **Order For The Release Of A Material Witness** |
| v. | |
| MARIA TERESA POWELL-SALINAS-SANCHEZ, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the U.S. Marshal shall immediately release material witness Marco Antonio Gonzalez-Martinez aka Marco Antonio Morales-Mendoza (Fed. Reg. No. 06973-298) from custody.

DATED: March 5, 2008

JOHN A. HOUSTON
United States District Judge