PLEASE RECEIPT AND RETURN

RECEIVED
2008 MAR -5 A 9:13
U.S. MARSHAL
SOUTHERN DISTRICT OF CAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08CR266-JAH |
| | ) | |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| MARIA TERESA POWELL-SALINAS-SANCHEZ | ) | |
| | ) | Booking No. 06973-298 |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

MARCO ANTONIO GONZALEZ-MARTINEZ AKA MARCO ANTONIO MORALES-MENDOZA

DATED: 3/5/08

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

RECEIVED _____
           DUSM

W. SAMUEL HAMRICK, JR. Clerk
by J. Haslam
   Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062