FILED

2008 MAR 13 PM 12:15

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____KWH_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0266-JAH |
| Plaintiff, ) | I N D I C T M E N T |
| ) | (Superseding) |
| v. ) | |
| MARIA TERESA POWELL ) | Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation |
| SALINAS-SANCHEZ, ) | |
| Defendant. ) | |

The grand jury charges:

Count 1

On or about January 15, 2008, within the Southern District of California, defendant MARIA TERESA POWELL SALINAS-SANCHEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Marco Antonio Morales-Mendoza, aka Marco Antonio Gonzalez-Martinez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

CMM:em:San Diego
3/12/08

## Count 2

On or about January 15, 2008, within the Southern District of California, defendant MARIA TERESA POWELL SALINAS-SANCHEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Marco Antonio Morales-Mendoza, aka Marco Antonio Gonzalez-Martinez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

DATED: March 13, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CHRISTINA M. McCALL
Assistant U.S. Attorney